## Mary E. Woodworth, Appellant, v. N. P. Nelson and Anna Sandin, Appellees.

### Gen. No. 9,720. ▇▇▇▇▇▇

Heard in this court at October term, 1941; opinion filed January 14, 1942. Charles L. Linscott, for appellant; Welsh & Welsh and Wilbur Johnson, for appellees. Opinion by Justice Dove. "Not to be published in full."